82,461-01

To Whom it may Concern,                                    4-15-2015

      I wanted to inform you that I am no longer on Polunsky Unit but Hughes Unit, RT 2 Box 4400, Gatesville, Tx 76597. So please change your address that you have for me so I can get my mail from you and whoever else on time. Thank you for your time.

              Respectfully,
              Donjel L. Walker
              TDC # 1787974
              Hughes Unit
              RT 2 Box 4400
              Gatesville, Tx 76597

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 20 2015

Abel Acosta, Clerk